█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES L. CROOKS, Appellant. (Appeal No. 2.) [718 NYS2d 922] —Judgment unanimously affirmed (*see, People v Crooks*, 278 AD2d 931 [decided herewith]). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Driving While Intoxicated.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER HOLLINS, Appellant. [718 NYS2d 922] —Judgment unanimously affirmed. Memorandum: Contrary to defendant's contention, the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). "In a bench trial, no less than a jury trial, the resolution of credibility issues by the trier of fact and its determination of the weight to be accorded the evidence presented are entitled to great deference" (*People v Van Akin,* 197 AD2d 845). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.